UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| BRIAN OLMEDO | ) |
| _____ | ) |

### ORDER

Mr. Olemdo's motion to seal [D.E. 604] is GRANTED. The clerk is directed to seal docket entry 603 and its attachments.

DONE and ORDERED in Chambers in Miami, Florida, this 16th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

cc:   Paul D. Petruzzi, Esq.